[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



**RECEIVED**

DEC 19 2017

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Kalicia L. Jackson )
_____ )
_____ )
_____ )     CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )     NO. **1:17-cv-09180**
Comcast )     **Judge Thomas M. Durkin**
_____ )     **Magistrate Judge Daniel G. Martin**
_____ )
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is  Kalicia L. Jackson  of the county of  Cook  in the state of  IL .

3. The defendant is  Comcast , whose street address is  8101  183rd St.  ,
(city) Tinley Park (county) Cook  (state) IL  (ZIP) 60487
(Defendant's telephone number)  (708) - 237 - 3299

4. The plaintiff sought employment or was employed by the defendant at (street address)
8101  183rd St.  (city) Tinley Park
(county) Cook  (state) IL  (ZIP code) 60487

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant. 2017 DEC 19 PM 6: 11

(b) ☐ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)_____, (day)_____, (year)_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check

one box*] ☐ *has not* ☑ *has* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i) ☑ the United States Equal Employment Opportunity Commission, on or about

(month)___12___ (day)__16__ (year) 2016.

(ii) ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☑ Yes (month) _12_ (day) _16_ (year) _2016_

2017 DEC 19 PM 6: 11

☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month) _September_
(day) _25_ (year) _2017_.

(c)     Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES     ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES     ☐ NO, but a copy will be filed within 14 days.


8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑     the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on
(month) _September_ (day) _25_ (year) _2017_ a copy of which
*Notice* is attached to this complaint.


9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only
those that apply*]:

(a) ☐     Age (Age Discrimination Employment Act).

(b) ☐     Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).


3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

2017 DEC 19 PM 6:44

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2017 DEC 19 PM 6: 11

13.   The facts supporting the plaintiff's claim of discrimination are as follows:

_See attachments_

14.   **[*AGE DISCRIMINATION ONLY*]**  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.   The plaintiff demands that the case be tried by a jury. ☑ YES  ☐ NO

16.   THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)☐   Direct the defendant to hire the plaintiff.

(b)☐   Direct the defendant to re-employ the plaintiff.

(c)☐   Direct the defendant to promote the plaintiff.

(d)☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)☐   Direct the defendant to (specify): _____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

**2017 DEC 19 PM 6: 11**

_____

_____


(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.


(Plaintiff's signature)

_Kalicia Joela_

(Plaintiff's name)

_Kalicia L. Jackson_

(Plaintiff's street address)

_2930 Everett St_

_____

(City) _Blue Island_ (State) _IL_ (ZIP) _60406_

(Plaintiff's telephone number) _(708) - 781-8515_


Date: _12/19/2017_


6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Sedgwick Claims Management Services, Inc.
PO BOX 14566
Lexington, KY 40512-4566



sedgwick.

February 10, 2016

**2017 DEC 19 PM 6: 17**

Phone: (855) 473-7830
Fax: (855) 464-2015

Kalicia L. Jackson
2930 Everett Street
Blue Island, IL 60406

Sedgwick Claims Management Services, Inc.
PO BOX 14566
Lexington, KY 40512-4566

*2017 DEC 19 PM 6: 17*



sedgwick®

February 10, 2016

**Phone:** 855-473-7830
**Fax:** 855-464-2015

Kalicia L. Jackson
2930 Everett Street
Blue Island, IL 60406

Re:     Comcast Cable Communications Management, LLC
        ADAAA Accommodation Request Approved
        Case Number: B654902425-0001-01

Dear Ms. Jackson:

Sedgwick assists Comcast Cable Communications Management, LLC with managing requests for reasonable accommodations.

On 02/02/2016, Sedgwick became aware of your request for a workplace accommodation.

On 02/02/2016, you requested an accommodation.

Comcast Cable Communications Management, LLC is committed to providing reasonable accommodations to help qualified employees with a disability perform their essential job functions. As such, Comcast Cable Communications Management, LLC has reviewed your request, your medical information provided, as well as the information gathered during the interactive process.

Based on these reviews, Comcast Cable Communications Management, LLC has determined that your request for an accommodation is **approved**. The following accommodation will be provided:

   Medical leave of absence: 01/29/2016-02/15/2016
   Return to work 02/15/2016

**You may contact your local HR business partner to discuss next steps.**

**<Please note, additional medical substantiation may be required if your accommodation is needed beyond the time period specified above.>**

If you have any questions, require additional information, or experience a change in your circumstances which necessitates different or additional accommodation(s); please contact Sedgwick at 855-473-7830 Monday through Friday 7:00 a.m. - 8:30 p.m. Central Time. You may also check the status of this request 24 hours a day, 7 days a week at: https://claimlookup.com/comcast .

Sincerely,

Lisa Dea
Job Accommodation Specialist



* C 0 2 7 3 0 2 1 9 . 8 4 8 - 6 1 7 2 *

**Please be advised:**

**Pay:** You will be required to use unused, accrued Paid Time off during FML (unless prohibited by state/local law) in the following pre-determined order: ATTB PTO, CA PTO Carryover, Flex, Floating Holiday, and Vacation.

**Periodic Updates:** While on leave you will be required to furnish periodic updates of your status and intent to return to work upon request to Sedgwick.

While on leave, you will continue to be eligible for courtesy services for a period of up to 180 days. If you remain on leave (or otherwise inactive) for more than 180 days, your courtesy services account will convert to a regular pay.

If you have any questions, require additional information, or experience a change in your circumstances; please contact Sedgwick at (855)-473-7830 Monday through Friday 7:00 a.m. - 8:30 p.m. Central Time. You may also check the status of this claim 24 hours a day, 7 days a week at: https://claimlookup.com/comcast. You will need to enter client number 6172.

Sincerely,

Daniel J. Breitsprecker
LOA Representative
Phone: (855)-473-7830
Fax: 855-464-2015



Sedgwick Claims Management Services, Inc.
PO BOX 14566
Lexington, KY 40512-4566



2017 DEC 19 PM 6: 17 sedgwick®

January 22, 2016

**Phone:** (855)-473-7830
**Fax:** 855-464-2015

Kalicia L Jackson
2930 Everett Street
Blue Island, IL 60406

RE: **Comcast Cable Communications Management, LLC**
      **Approval of Continuous Family/Medical Leave**
      **Case Number: B601210617200070TC**

Dear Kalicia L Jackson:

Sedgwick is Comcast Cable Communications Management, LLC's Administrator for Short Term Disability
(STD), Family and Medical Leave Act (FMLA), leaves required by state law and certain leaves provided under
Comcast Cable Communications Management, LLC policy.

On January 21, 2016, Sedgwick became aware of your request to take Family Medical Leave beginning on
January 11, 2016 due to: a serious health condition that makes you unable to perform the essential functions
of your job.

**We have reviewed your request for continuous leave and have approved your leave under the Federal
Family and Medical Leave Act (FMLA) from January 11, 2016 through January 29, 2016. Your absences
under this leave will be counted against your FMLA entitlement. Provided there is no deviation from your
anticipated leave schedule, the following number of weeks will be counted against your leave entitlement:
3.00 weeks.**

**Actions Required:**

1. A release to return to work note from your treating provider is required prior to your return to work.
   The return to work note should be submitted to the Sedgwick as soon as possible. If you have
   questions regarding submission of the release to return to work note, please contact the Sedgwick at
   (855) 473-7830. If such certification is not received, your return to work may be delayed until the
   certification is provided.
2. Contact Sedgwick at the number listed below on the date you return to work.

The FMLA requires that you notify us as soon as possible if the circumstances of your leave change, are
extended, or were initially unknown. As this approval will expire on **February 14, 2016**, if you need an
extension to this leave, you will need to provide an updated and fully completed certification form prior to
the expiration date above. Once the updated and fully completed certification form is received, Sedgwick
will reassess this claim. You will be provided notification regarding the approval or denial of the FMLA
extension within 5 business days. Failure to provide updated information supporting the need for ongoing
leave may result in the denial of FMLA coverage.

Continuous Approval Letter 1

Page 2 of 3



\* T B 6 0 1 2 1 0 6 1 7 2 0 0 0 7 0 T C - 6 1 7 2 \*

If you feel you have a disability and would be able to work or return to work with a workplace accommodation, please contact Sedgwick at 855-473-7830 and inform them you would like to apply for a workplace accommodation. At that time further instructions and a packet, including a medical certification form will be mailed to you.

If you have any questions, require additional information, or experience a change in your circumstances; please contact Sedgwick at (855)-473-7830 Monday through Friday 7:00 a.m. - 8:30 p.m. Central Time. You may also check the status of this claim 24 hours a day, 7 days a week at:  https://claimlookup.com/comcast. You will need to enter client number 6172.

Sincerely,


Daniel J. Breitsprecker
LOA Representative
Phone:  (855)-473-7830
Fax:  855-464-2015

271024.Doc

Page 2 of 2

Sedgwick Claims Management Services, Inc.
PO BOX 14566
Lexington, KY 40512-4566

2017 DEC 19 PM 6: 17

**sedgwick.**

February 02, 2016

**Phone:** (855)-473-7830
**Fax:** 855-464-2015

Kalicia L Jackson
2930 Everett Street
Blue Island, IL 60406

RE:     **Comcast Cable Communications Management, LLC**
        **Exhaustion of Leave**
        **Case Number: B601210617200070TC**

Dear Kalicia L Jackson:

On January 21, 2016, Sedgwick became aware of your request to take leave due to:

a serious health condition that makes you unable to perform the essential functions of your job.

Sedgwick understands that you requested this leave beginning on **January 11, 2016.** Based on review of information available at this time, the records indicate you have exhausted your Leave entitlement as of January 29, 2016.

**Please contact your supervisor and local HR to discuss return to work and/or to identify next steps regarding any continued absence.  Please be advised that your absences since  January 29, 2016, may be treated as unexcused and you may be subject to corrective action up to and including the termination of your employment.**

Your employer is committed to providing reasonable accommodations to help otherwise qualified employees with a disability perform their essential job functions.  If you feel you are an individual that has a physical or mental impairment that substantially limits one or more major life activity who could perform the essential functions of your job with or without a reasonable accommodation, you may be eligible for a workplace accommodation as defined under the Americans with Disabilities Act (ADA).

271024.Doc                                                              Page 1 of 2

2017 DEC 19 PM 6: 17

7. If your opinion is that this employee is unable to work at all at this time and requires a period of <u>continuous medical leave</u>, please provide an estimated duration for the leave and an estimated return-to-work date.

1/29/16 – 2/15/16

Will any additional accommodations be needed for the employee to return on the estimated return-to-work date outlined above?  If yes, please describe the nature and expected duration of the accommodations needed.

No

8. If your opinion is that this employee is currently able to work but will require medical leave on an <u>intermittent basis</u>, please provide the reason, frequency and duration of the intermittent leave needed.

No

9. If your opinion is that this employee is currently able to work but requires certain <u>(non-leave) accommodations</u> in order to do so, please provide the nature of the accommodation(s) needed, reason for the accommodations and expected duration of the need for such accommodations.

No

If the requested accommodations are not provided, how much leave, if any, do you anticipate that the employee would require?

off  1/29/16 – 2/15/16
(she had a procedure on her neck on 1/29/16

10. If your opinion is that this employee has been <u>previously absent</u> from work due to his/her inability to work as a result of the condition outlined above, please indicate the specific date(s) that the employee was absent and unable to work.

Dates absent and unable to work: ___ Accident on 11/6/15, but still
form adverses  1/29/16 – 2/15/16 since her
procedure on 1/29/16

Signature ___        Specialty: Pain Management    Date: 2/9/16

Printed Name: Thomas Pontinen
Phone: _____
Address: _____

*C02730219.818-6172*

**Medical Information Request for Reasonable Accommodation**
Return this form by email to ComcastDocuments@SedgwickSIR.com or by fax to 855-464-2015
Form is due by 02/18/2016

Employee Name: Kalicia L. Jackson
Claim #: B654902425-0001-01

1. Does the employee have a physical or mental impairment?  Yes __X__  No____
   If yes, please state the type of impairment:

   _Physical_

   What major bodily functions, if any, are affected?

   _Neck_

2. Does the employee's impairment substantially limit any of the following major life activities:

   | | | | |
   |---|---|---|---|
   | ✓ Working | __ Interacting with others | __ Seeing | __ Thinking |
   | __ Bending | __ Learning | __ Self-Care | ✓ Walking |
   | __ Breathing | ✓ Lifting | ✓ Sitting | __ Other (describe) |
   | ✓ Concentrating | ✓ Performing manual tasks | __ Sleeping | |
   | __ Eating | ✓ Reaching | __ Speaking | |
   | __ Hearing | __ Reading | ✓ Standing | |

3. For each major life activity that is substantially limited by the impairment, please describe how the employee is restricted and *describe the limitations* :

   _Neck pain, Reduced ROM, concentration_

4. What is the expected duration of the employee's impairment and the limitations described above?

   _Return to work on 2/15/16_

5. Please review the attached job description. Is the employee able to perform all job functions for the position?
   Yes____  No __✓__

   If no, which job functions cannot be performed and why?

   _Turning neck to look at screens_

6. Would performing any of the job functions noted result in a direct safety or health threat to the employee or others? Yes __✓__  No____  If yes, please describe:

   Job functions that pose a threat:

   _Turning neck to look at screens_

   Describe the nature of the safety or health threat posed:



**2017 DEC 19 PM 5 17**

**sedgwick.**

## Information Request for Reasonable Accommodation

P.O. Box 14566 Lexington, KY 40512-4566
Telephone: 855-473-7830 Fax: 855-464-2015
Email: ComcastDocuments@Sedgwicksir.com

| | | | |
|---|---|---|---|
| **Date:** | February 03, 2016 | **Pages:** | |
| **To:** | | **From:** | Lisa Dea |
| **Fax:** | | **Fax:** | 855-464-2015 |
| **Patient:** | Kalicia L. Jackson | **Telephone:** | 855-473-7830 |
| **Patient DOB:** | 12/29/1982 | **Claim Number:** | B654902425-0001-01 |

### Medical Information Due Date: 02/18/2016

Your patient has requested a reasonable accommodation.

Please review the enclosed Job Description or Job Function Summary and complete the attached form, which will assist us in determining if your patient is a candidate for accommodation. The information you provide is critical to this assessment and it is imperative that you *answer each question completely*.

*Please email the completed form to* ComcastDocuments@SedgwickSIR.com *or fax to 855-464-2015 by 02/18/2016*

Thank you for your assistance.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

INTEGRITY MEDICAL GRP
*2017 DEC 19 PM*

*2428 W Vermont St Blue Island IL 60406*

*TEL: 708-388-5720    FAX: 708-388-5730*

# Fax

| Attn: Sedgwick | From: Nancy Silva |
|---|---|
| Fax#: 855.464.2015 | Pages: 10 (including cover page) |
| Re: Katiera Jackson | Claim# P105405Z425-0001-01 |

Comments:

Medical Information Request for Reasonable Accomodation

FAXED
2 2016
@ 11:14 am

**Protected Health Information**
This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender. The information is intended only for the use of the addressee or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of the information is strictly prohibited by law. If you have received this transmission in error, please notify us immediately via telephone (708) 388-5720, to arrange for the return of the documents. Thank you.

| 3055 W Armitage Ave | 4367 S Archer Ave | 1111 E 87th St Suite 100B | 2310 York Street, Suite 3A | 908 N. Elm St., Suite 109 |
|---|---|---|---|---|
| Chicago, IL 60647 | Chicago, IL 60632 | Chicago, IL 60619 | Blue Island, IL 60406 | Hinsdale , IL 60521 |
| Office: 773-938-1838 | Office: 773-376-0665 | Office: 773-731-6212 | Office: 708-388-5720 | Office: 630-794-9999 |
| Fax: 773-938-1839 | Fax: 773-376-3109 | Fax: 773-731-6273 | Fax: 708-388-5730 | Fax: 773-701-5849 |

www.IntegrityMedicalGroups.com

2017 DEC 19 PM 6

Once we obtain the information as specified above, Sedgwick will work with Comcast Cable Communications Management, LLC to review your request. Please be advised that Comcast Cable Communications Management, LLC is not obligated to implement the exact accommodation requested by you or your provider. An alternative accommodation, enabling you to perform the essential functions of your position, which is reasonable and able to be provided without undue hardship on business operations may be offered, if available.

If you have any questions, require additional information or experience a change in your circumstances necessitating additional or different accommodations, please contact Sedgwick at 855-473-7830 M-F 7:00 a.m.-8:30 p.m Central Time. You may also check the status of your case 24 hours a day, 7 days a week at https://claimlookup.com/comcast .

Sincerely,

Lisa Dea
Job Accommodation Specialist

Enclosures:    Authorization for Release and Use of Medical Information
               Medical Information Request for Reasonable Accommodation
               Cover Sheet ADAAA Medical Information Request for Reasonable Accommodation
               Job Description (if available)

Sedgwick Claims Management Services, Inc.
PO BOX 14566
Lexington, KY 40512-4566

**2017 DEC 19 PM 6: 16**


sedgwick.

February 03, 2016

Phone: 855-473-7830
Fax: 855-464-2015

Kalicia L. Jackson
2930 Everett Street
Blue Island, IL 60406

Re:     Comcast Cable Communications Management, LLC
        ADAAA Accommodation Request
        Case Number: B654902425-0001-01

Dear Ms. Jackson:

Sedgwick assists Comcast Cable Communications Management, LLC in managing requests for reasonable accommodations. On 02/02/2016 Sedgwick was notified of your request for a reasonable accommodation to enable you to perform the essential functions of your job as a CE 2, Cust Exp Associate (Bill. Comcast Cable Communications Management, LLC is committed to working with you to identify job accommodations that are reasonable, while enabling you to perform the essential functions of your position without imposing an undue hardship on business operations.

**What You Need to Do:**

1.   Complete and return the enclosed "Authorization for Release and Use of Medical Information" form to Sedgwick via email at ComcastDocuments@SedgwickSIR.com or fax to 855-464-2015 as soon as possible to allow us to receive medical information on your behalf.

2.   Request that your healthcare provider review your job description and complete the enclosed Medical Information Request For Reasonable Accommodation and email it to ComcastDocuments@SedgwickSIR.com or fax to 855-464-2015. This information is due by 02/18/2016. This information will assist us in evaluating your limitations and developing accommodation options which will then be presented to Comcast Cable Communications Management, LLC for review, potential further interactive dialogue with you and/or your health care provider, and final decision-making. Failure to submit this form may result in a denial of your request and closure of your case.

     If your accommodation is approved, it is possible that periodic requests may be made for updated medical information. Failure at any time to provide the requested medical documentation may result in Comcast Cable Communications Management, LLC's denying your accommodation request and/or closure of your case.

3.   Participate in the Interactive Dialogue process. The Job Accommodation Specialist assigned to your case will be contacting you within 48 hours of receiving your medical documentation as part of the Interactive Dialogue with you to determine what may be a reasonable accommodation for you. This dialogue will focus on all relevant information so that your accommodation request can be properly evaluated. If you are not available when the Job Accommodation Specialist contacts you, please respond as soon as possible and advise of your availability.



**Medical Information Request for Reasonable Accommodation**
Return this form by email to ComcastDocuments@SedgwickSIR.com or by fax to 855-464-2015
Form is due by 02/18/2016 6: 16

Employee Name: Kalicia L. Jackson
Claim #: B654902425-0001-01

1. **Does the employee have a physical or mental impairment?** Yes ☒ No___
   If *yes*, please state the type of impairment:

   Physical

   **What major bodily functions, if any, are affected?**

   Neck

2. **Does the employee's impairment substantially limit any of the following major life activities:**
   | | | | |
   |---|---|---|---|
   | ✓ Working | ___ Interacting with others | ___ Seeing | ___ Thinking |
   | ___ Bending | ___ Learning | ___ Self-Care | ✓ Walking |
   | ___ Breathing | ✓ Lifting | ✓ Sitting | ___ Other (describe) |
   | ✓ Concentrating | ✓ Performing manual tasks | ___ Sleeping | |
   | ___ Eating | ✓ Reaching | ___ Speaking | |
   | ___ Hearing | ___ Reading | ✓ Standing | |

3. **For each major life activity that is substantially limited by the impairment, please describe how the employee is restricted and *describe the limitations* :**

   Neckpain, Reduced ROM, concentration

4. **What is the expected duration of the employee's impairment and the limitations described above?**

   Return to work on 2/15/16

5. **Please review the attached job description. Is the employee able to perform all job functions for the position?**
   Yes___ No ✓

   If *no*, which job functions cannot be performed and why?

   Turning neck to look at screens

6. **Would performing any of the job functions noted result in a direct safety or health threat to the employee or others?** Yes ✓ No___ If *yes*, please describe:

   Job functions that pose a threat:

   Turning neck to look at screens

   Describe the nature of the safety or health threat posed:

*C0273D219.848-8172*

Sedgwick Claims Management Services, Inc.
PO BOX 14566
Lexington, KY 40512-4566

2017 DEC 19 PM 6: 16


sedgwick.

December 17, 2015

Phone: (855) 473-7830
Fax: (855) 464-2015

KALICIA L. JACKSON
2930 EVERETT STREET
BLUE ISLAND, IL 60406

Re: Comcast Cable Communications Management, LLC Short-Term Disability (STD) Benefits
Claim Number: 30154875015-0001

Dear Ms. JACKSON:

Sedgwick administers Comcast Cable Communications Management, LLC's Short Term Disability (STD), Family and Medical Leave Act (FMLA) and state leave law program. You have been approved to receive Short-Term Disability benefits from 11/14/2015 through 01/10/2016. Your disability benefits begin after the required 7 calendar day waiting period starting on 11/07/2015 through 11/13/2015.

Your benefit payment may be offset by other sources of income payable during your period of disability. This may include but is not limited to state disability benefits and Social Security disability earnings. If you are receiving any other income, you must furnish Sedgwick with proof of the amount in the form of an award letter, pay stub or other documentation.

**Actions Required:**

- **Provide updated return to work information:**
    - If and when you are released to return to work, you are required to submit a return to work release note from your treating provider, listing any restrictions/limitations and the anticipated duration of restrictions/limitations to Sedgwick, prior to your return to work. Please submit the return to work note Sedgwick via fax at (855) 464-2015 or emailed to: ComcastDocuments@Sedgwickslr.com .

- **Provide updated medical documentation on or before 01/17/2016.**
    - In the event that you will not recover sufficiently to resume your job duties at the end of the approval period; you must provide updated medical documentation (updated medical may include a revised Attending Physician Statement, chart/office visit notes, diagnostic test results, hospital discharge summaries, etc.) to Sedgwick, as soon as possible but before the medical due date listed above.

    - We will contact you 5 business days prior to your benefits ending to confirm your return to work date or your request for an extension of disability benefits.

    - Additional disability benefits will not be paid until sufficient information is received to render an extension beyond the current approved through date.

270886.Doc



Page 2 of 6



HYDE PARK
SURGICAL CENTER

ZUIIDEC 19 PM 6:

JACKSON, KALICIA
DOB:12/28/1982 DOS:01/29/2016
DR. THOMAS PONTINEN

**DISCHARGE INSTRUCTIONS**

Procedure: _CESI_

1. The local anesthetic may have taken away part or all of your pain temporarily. Be cautious as you resume your activities today.
2. Depending on the area of the procedure, you may experience some or all of the following:
   a. Weakness or numbness in your legs, use caution when rising to a standing position and going up and down stairs.
   b. Weakness or numbness in your arms or hands, be careful when picking up objects that may be heavy or hot.
3. Do not DRIVE, SOAK IN THE BATH, or return to WORK today. You may resume these activities 24 hours AFTER the injection. (Taking a quick shower is allowed today)
4. You may experience a temporary increase in pain before you feel any benefit from the procedure. This will occur in about 1/3 of patients after the first procedure. This can be a normal response and the pain will decrease within a few days.
5. Infections are very rare. Please monitor your body, and procedure site for signs and symptoms of the following:
   a. Redness
   b. Swelling
   c. Drainage
   d. Pain in procedure site
   e. Temperature of 100.5 or higher
   Call the office immediately if any or all of these signs and symptoms persist.
6. You may resume your regular medicines after the procedure, including pain medication if needed.
7. Special Instructions:
   _____
   _____
   _____

**YOUR FOLLOW-UP APPOINTMENT WITH YOUR PHYSICIAN IS FOR :**

_Feb 15_ @ _____ a.m. / p.m. OR ☐ Please call the office for an appointment.

Physician office information: _Pt has appointment at Blue Island_
_708 388 5730_
If you have any questions please call the physician's office (information listed above)
If you have an emergency please call 911 or go to your nearest emergency room

*The above discharge instructions have been explained to me, or appointed guardian, and I was given the opportunity to ask questions. I am confident that I understand and will follow above instructions.*

Patient / Legal Guardian Signature: _Kalicia Jee_ Date: _1/29/16_

Staff Signature: _Dr. Carrie Allen_ Date: _1/29/16_

11/2015 MMR



**INTEGRITY MEDICAL GROUP**

| 4367 S. Archer Ave. | 1111 E. 87th St., #100B | 3055 W. Armitage Ave. | 2428 Vermont St. |
| Chicago, IL 60632 | Chicago, IL 60619 | Chicago, IL 60647 | Blue Island, IL 60406 |
| Office: 773.376.0665 | Office: 773.731.6212 | Office: 773.772.3004 | Office: 708.388.5720 |
| Fax: 773.376.3109 | Fax: 773.731.6273 | Fax: 773.938.1839 | Fax: 708.388.5730 |

2017 DEC 19 PM 6: 16

| Randy Hara, D.C. | Mario Garcia, D.C. | Doris Fregoso, D.C. | Krishna Chundari, M.D. | Rizwan Arayan, M.D. |
| Illinois License #038-010670 | Illinois License #038-011282 | Illinois License #038-012225 | Illinois License #036-118798 | Illinois License #036-112395 |
| David Schafer, M.D. | Mary Beth Dietz, D.C. | Greg Iavarone, D.C. | Renee Zimmerman, D.C. | Neeraj Jain, M.D. |
| Illinois License #036-112063 | Illinois License #038-008711 | Illinois License #038-008341 | Illinois License #038-010642 | Illinois License #036-082067 |

Date **2 / 9 / 16** Name **Kalicia Jackson** D.O.B. **12 / 29 / 82**

The above patient is under my care for an injury; currently, their status is:

☑ Able to return to work at full duties as of **2 / 15 / 16** for 1 / 2 / 3 / 4 / 5 / 6 weeks

☐ Able to return to work with the following restrictions as of _____ / ___ / _____ for 1 / 2 / 3 / 4 / 5 / 6 weeks

☐ No lifting greater than _____ lbs ☐ No overhead work

☐ No bending/squatting ☐ No forceful grasping/gripping

☐ _____ ☐ _____

☐ _____ ☐ _____

☐ Unable to return to work, on total temporary disability for 1 / 2 / 8 / 4 / 5 / 6 weeks or 1 / 2 / 3 / 4 / 5 / 6 days

I will update their status when it changes, please call the office should you need clarification

_____
Signature

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

|  | PERSON FILING CHARGE |
|---|---|
| Lauren Buechner, Esq.<br>Counsel<br>COMCAST<br>1701 John F. Kennedy Blvd<br>Philadelphia, PA 19102<br><br>2017 DEC 19 PM 6 16 | **Kalicia L. Jackson**<br><br>THIS PERSON *(check one or both)*<br><br>[X] Claims To Be Aggrieved<br><br>[ ] Is Filing on Behalf of Other(s) |
|  | EEOC CHARGE NO.<br>**440-2017-01245** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [X] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| | |
|---|---|
| **Robert Shelton,**<br>**Investigator**<br>*EEOC Representative*<br>*Telephone*    **(312) 869-8078** | **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661**<br>**Fax: (312) 869-8220** |

Enclosure(s): [ ] Copy of Charge

---

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [ ] Age   [X] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

**ISSUES: Discharge**

DATE(S) (on or about): LATEST: 02-20-2016

Location: Tinley Park, IL

**A perfected charge (EEOC Form 5) will be mailed to you once it has been received from the Charging Party.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
|  | **Julianne Bowman,**<br>**District Director** | *Julianne Bowman* |

EEOC Form 161 (11/16)　　　　　　　**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Kalicia L. Jackson<br>2930 Everette Street<br>Blue Island, IL 60406 | From: **Chicago District Office**<br>**500 West Madison St**<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

*2017 DEC 19 PM*

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | • | Telephone No. |
|---|---|---|---|
| 440-2017-01245 | **Seth Sinclair,**<br>**Investigator** | | (312) 869-8130 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Julianne Bowman,**
**District Director**

9 21 17
*(Date Mailed)*

cc:　**COMCAST**
**c/o Lauren Buechner, Esq., Counsel**
**Comcast Cable Communications Management, LLC**
**1701 John F. Kennedy Boulevard**
**Philadelphia, PA 19103**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION 2017 DEC 19 PM 6: 16 | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2017-01245 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Kalicia L. Jackson | (708) 781-8515 | 1982 |

**Street Address**          City, State and ZIP Code

2930 Everette Street, Blue Island, IL 60406

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| COMCAST | 500 or More | (708) 237-3299 |

**Street Address**          City, State and ZIP Code

8101 183rd Street, Tinley Park, IL 60487

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

**Street Address**          City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | 02-20-2016     02-20-2016 |
| ☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about June 30, 2014. My most recent position was Customer Account Executive, Level 2. Respondent was aware of my medical condition. I requested a reasonable accommodation. Two days after returning to work from medical leave, Respondent asked me if I wanted to continue on ADA status. I felt intimidated and replied, "No." Subsequently, I was terminated two days later.

I believe that I was discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 19 RECEIVED EEOC

JAN 1 8 2017

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1/10/17          _Kalicia Jackson_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |



COMCAST
2017 DEC 19 PM 6: 16

March 3, 2016

**KALICIA JACKSON**
**2930 EVERETT STREET**
**BLUE ISLAND, IL 60406**

Dear **KALICIA**:

We are writing to you regarding your employment benefits because your employment with Comcast ended effective **2/20/2016**, ("Date of Separation"). To assist you in your transition, please refer to the attached Benefit Guide for Terminations which provides features and contact information of the various Comcast benefit plans

Please note that if you were actively enrolled in our medical/dental/vision and or life insurance plan at the time of your termination, your coverage will end on the last day of the month in which your employment terminates which according to our records is **2/29/2016**. Information regarding continuation of health insurance coverage under the Consolidated Omnibus Budget Reconciliation Act (COBRA), which may be available to you if you are eligible, will be mailed to your home address of record within the next few weeks. Short-term disability benefits terminate on your Date of Separation.

Typically, you have 31 days after termination to convert your basic life insurance policy to an individual policy. Please contact the ESC if you wish to receive additional information about the process.

Eligibility for all courtesy/discounted Comcast service ends on the last day of the month of termination. If you need to make any changes to your account, you must wait until it has been fully converted to a regular pay account – this typically occurs within two weeks of the last day of the month of termination. Please notify the Comcast ESC of any address changes to ensure receipt of benefits and W-2 documentation.

Included in your final paycheck will be payment for earned but unused vacation for the current year. In accordance with Comcast policy, you will not receive payment for unused Flex or Floating holidays upon termination.

Thank you for your service with Comcast. Should you have any questions, please contact the Comcast ESC at 1-877-909-4748.

**10254098**

This letter and the Benefit Guide for Terminations are provided to you for informational purposes only. Comcast benefit plan documents and Comcast's official records supersede any information contained in this letter in the event of any discrepancies or errors, including any incorrect dates and/or content contained in this letter.

2017 DEC 19 PM 6: 16

# Exhibit B

Seth Sinclair
September 6, 2017
Page 2 of 2

2017 DEC 19  PM 6: 16

Complainant has not timely filed her charge and the EEOC should dismiss it for lack of
jurisdiction.  42 U.S.C. § 2000e-5(e)(1).

## CONCLUSION

As described above, Complainant has not timely filed her charge; accordingly, the
Company respectfully requests the EEOC dismiss the charge as untimely filed.[1]  The Company
is committed to cooperating with the EEOC in its investigation of this matter.  If you need any
additional information or have any questions, please contact me.

Sincerely,

Lauren E. Buechner

Enclosure

---

[1] If the EEOC concludes that Complainant timely filed her charge, the Company respectfully requests the
opportunity to submit additional information in response to the charge.



Lauren E. Buechner
Counsel

COMCAST

DEC 19 PM 6: 16

Tel: 215.286-2865
Fax: 215.286-7089
Lauren_Buechner@comcast.com

September 6, 2017

**VIA ELECTRONIC SUBMISSION**

Seth Sinclair
Investigator
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, IL 60661

> Re: **Kalicia Jackson**
> **EEOC Charge No: 440-2017-01245**

Dear Investigator Sinclair:

This letter constitutes Respondent Comcast Cable Communications Management, LLC's ("Comcast" or the "Company") position statement in the above referenced matter filed by Complainant Kalicia Jackson ("Complainant" or "Ms. Jackson"). Complainant filed her charge with the EEOC more than 300 days after the alleged adverse employment action; as a result, the charge is not timely filed and should be dismissed.

The Company received an undated Notice of Charge of Discrimination filed by Complainant on or around December 29, 2016, which was postmarked December 21, 2016, (see No Action Required Notice & Mailing Envelope, attached as Exhibit A); Complainant filed her perfected Charge on January 10, 2017. On February 19, 2016, Comcast informed Complainant that it was separating her from employment effective February 20, 2016. (See Termination Letter, attached as Exhibit B.) Thus, to be timely, Complainant needed to file her charge of discrimination on or before December 15, 2016. Even assuming the EEOC mailed the Notice of Charge of Discrimination to the Company the day after Complainant informed the EEOC of her intent to file a charge, Complainant did not timely notify the EEOC that intent. As a result,

2017 DEC 19 PM 6: 16

# Exhibit A

## Re: EEOC Mediation

LISA FIELDING <LISA.FIELDING@EEOC.GOV>

Fri 3/24/2017 11:09 AM

2017 DEC 19 PM 6: 16

To:jackson, kalicia <kaliciajackson@hotmail.com>;

Thanks, Kalicia. Respondent is offering $5,000 to settle this matter with you. If you are not interested in accepting the $5,000, then we have an impasse. I will be forwarding your charge to investigation. You or your attorney may ask the EEOC for a Right to Sue at any time.

Thanks!

Lisa

_____

Lisa Fielding, J.D.
E.E.O.C. Mediator
Chicago District Office
500 West Madison
Chicago, IL 60661
T: (312) 869-8054
F: (312) 869-8060

For EEOC's Online Charge Status System:
www.eeoc.gov

>>> kalicia jackson <kaliciajackson@hotmail.com> 3/24/2017 10:40 AM >>>
Hello Lisa,

 I hired my attorney Mr. Goldman to handle my EEOC case he will be in contact with you next week. Once I got home and went over everything that was stated between Comcast and I. I realized they indicated they terminated me for calling the agent a dumb ass on the call even their VP of HR Joann Gonzalez stated the same thing. The call between VP and I was recorded, but now that we have listen to the call it confirms I never said that. This confirms they never listened to a call or they just wasn't going to fire me for the call, at the time of termination in February it had to sound harsh an disrespectful in order for termination to be immediate. Either way they didn't terminate me until I became a Liability due to my injuries a disability, meaning that I wasn't worth the risk possibly spending more money on me while on medical leave than I would make the company. There is no way it took more than 2 weeks to make a determination from 10/23/15 to 11/6/15 an out of those days I worked 11 full shifts then went on leave came back an worked 5 additional full shifts. I got in touch with VP within 2 days it took her 48hrs to call me back an say she listened to the call an the termination was final on 2/24/16. As I look at the order of occurrences I reported my supervisor an 3 coworkers for intimidation in the workplace right before this call was supposedly reported by someone other than me. They didn't fire them an they wasn't going to fire me, but then I became a liability with a variable of risk due to my disability. Once your spine messed up it will never be the same again they know that because I gave my sup the details of my injury . At this point I wouldn't even accept 5,000 or 7,500 I willing to go all the way for 2 years salary 75,000 or close to it.

Thank You,



## EEOC Home Page

www.eeoc.gov

Information on how to file an employment discrimination
charge, mediation and other alternative dispute resolution
services, laws/regulations, press releases and ...

>>> kalicia jackson <kaliciajackson@hotmail.com> 3/1/2017 8:41 AM >>>
Hello Lisa,

What is a Mediation fact sheet.

**From:** LISA FIELDING <LISA.FIELDING@EEOC.GOV>
**Sent:** Tuesday, February 28, 2017 3:48:20 PM
**To:** lauren_buechner@comcast.com; kalicia jackson
**Subject:** EEOC Mediation Confirmation

Please see attached.

---

Lisa Fielding, J.D.
E.E.O.C. Mediator
Chicago District Office
500 West Madison
Chicago, IL 60661
T: (312) 869-8054
F: (312) 869-8060

For EEOC's Online Charge Status System:
www.eeoc.gov



## EEOC Home Page

www.eeoc.gov

Information on how to file an employment discrimination
charge, mediation and other alternative dispute resolution
services, laws/regulations, press releases and ...

# RE: Comcast Solutions Claim

Lee, Harrison <Harrison_Lee@comcast.com>

Mon 2/13/2017 9:07 AM     2017 DEC 19 PM 6: 15

To: kalicia jackson <kaliciajackson@hotmail.com>;

Great, I will let the business know as well.  The EEOC mediation unit will coordinate that step.  If the mediation is unsuccessful (e.g., a resolution is not reached), please reach back out to me and we can discuss initiation of the next step. Best of luck to you.

**From:** kalicia jackson [mailto:kaliciajackson@hotmail.com]
**Sent:** Monday, February 13, 2017 10:06 AM
**To:** Lee, Harrison <Harrison_Lee@cable.comcast.com>
**Subject:** Re: Comcast Solutions Claim

Hello Harrison,

 I have spoken with EEOC, yes I would like to move forward with mediation.

Thank you,
Kalicia Jackson

**From:** Lee, Harrison <Harrison_Lee@comcast.com>
**Sent:** Monday, February 13, 2017 8:37:39 AM
**To:** kalicia jackson
**Subject:** RE: Comcast Solutions Claim

Kalicia,
The company is agreeable to moving forward with mediation with the EEOC (which would take the place of a mediation with a private company).  Has the EEOC mediation unit been in touch with you?  If so, please let them know that you are interested in moving forward with mediation and that Comcast has confirmed that the are interested as well.  The Comcast attorney on this case will advise the EEOC of their interest.  Please confirm whether you are agreeable with this route for next steps.  Thank you.

-Harrison

**From:** kalicia jackson [mailto:kaliciajackson@hotmail.com]
**Sent:** Wednesday, February 8, 2017 10:14 AM
**To:** Lee, Harrison <Harrison_Lee@cable.comcast.com>
**Subject:** Re: Comcast Solutions Claim

Hello Harrison,

No thank you I decline the offer.  Please move forward  to the next step.

Thank you,
Kalicia Jackson

Thank you,
Kalicia Jackson

---

**From:** Comcast Solutions <Comcast_Solutions@comcast.com>
**Sent:** Tuesday, January 31, 2017 10:38:11 AM
**To:** kalicia jackson
**Subject:** RE: Comcast Solutions Claim

*2017 DEC 19 PM 6: 15*

Kalicia,
Do you have time to connect on your claim this Friday afternoon? Please let me know.

-Harrison

---

**From:** kalicia jackson [mailto:kaliciajackson@hotmail.com]
**Sent:** Monday, January 9, 2017 5:45 PM
**To:** Comcast Solutions <Comcast_Solutions@cable.comcast.com>
**Subject:** Re: Comcast Solutions Claim

Hello,

I am available to speak with you anytime Tuesday before 1pm cst or Friday anytime before 3pm cst.

Thank You,
Kalicia Jackson

---

**From:** Comcast Solutions <Comcast_Solutions@comcast.com>
**Sent:** Friday, January 6, 2017 10:29:53 AM
**To:** kaliciajackson@hotmail.com
**Subject:** Comcast Solutions Claim

Hi Kalicia,
This is Harrison Lee from the Comcast Solutions team. I understand that you connected with Stephanie Childers (Pichardo) from our team around the holidays and she advised you that she was transitioning to another role. In her place, I am the assigned facilitator of your claim. Can you please let me know a time next Tuesday morning or Friday morning/afternoon that you are available to connect? Thank you, and I look forward to speaking.

-Harrison

To: kalicia jackson
Subject: Re: Fw: Comcast Solutions Claim #440201701245

Hi Kalicia,

I am the EEOC mediator currently assigned to your charge. Respondent has not yet agreed to mediation with the EEOC. I will be reaching out to Respondent's outside counsel to inquire as to the company's interest in mediating. Do you have a settlement demand that I may share with Respondent's attorney?

Lisa

_____

Lisa Fielding, J.D.
E.E.O.C. Mediator
Chicago District Office
500 West Madison
Chicago, IL 60661
T: (312) 869-8054
F: (312) 869-8060

For EEOC's Online Charge Status System:
www.eeoc.gov

>>> kalicia jackson <kaliciajackson@hotmail.com> 2/7/2017 8:32 PM >>>
Hello,

This is the offer Comcast made to me, I declined the offer. I also had the opportunity to listen to two calls.

Thank you,
Kalicia Jackson
708-781-8515

From: Lee, Harrison <Harrison_Lee@comcast.com>
Sent: Tuesday, February 7, 2017 4:59:08 PM
To: kalicia jackson
Subject: RE: Comcast Solutions Claim

Hi Kalicia,
I touched base with the business today. They are willing to offer you $1,000 to resolve this matter. Please let me know if this is an acceptable resolution.

From: kalicia jackson [mailto:kaliciajackson@hotmail.com]
Sent: Friday, February 3, 2017 6:45 PM
To: Comcast Solutions <Comcast_Solutions@cable.comcast.com>
Subject: Re: Comcast Solutions Claim

Hello Harrison,

I apologize for the late response I didn't get the notification of a new email you. You may contact me anytime between 9am cst. and 5:30pm cst. This is my cellphone number
708-781-8515.

# Re: Fw: Comcast Solutions Claim #440201701245

### kalicia jackson

Wed 2/8/2017 12:04 PM

*2017 DEC 19 PM 6: 15*

Sent Items

To: LISA FIELDING <LISA.FIELDING@EEOC.GOV>;

Hello,

Approximately 75,000 dollars. I have been off work for the past year. As far the second year it will compensate for pain, suffering. For example my anxiety sky rocketed when I got terminated full meltdown, now I'm on daily meds. My husband and I withdrawn all 401k 20,000 trying to survive with 4 children. I have had two five day notice since I have been terminated. I unable to find a position that offers similar pay an accommodate me for my back pain. I dedicated almost 2 yrs of my life to Comcast being on 12 to 9, which almost destroyed my marriage. I got married 8/8/14 I didn't really see my husband or children due to the shift I was on for more than a yr, but my performance while there only got better and sales increased.

Thank you,
Kalicia Jackson

---

**From:** LISA FIELDING <LISA.FIELDING@EEOC.GOV>
**Sent:** Wednesday, February 8, 2017 11:18:01 AM
**To:** kalicia jackson
**Subject:** Re: Fw: Comcast Solutions Claim #440201701245

What is the monetary equivalent of 2 year's salary? Why two years?

Lisa

---

Lisa Fielding, J.D.
E.E.O.C. Mediator
Chicago District Office
500 West Madison
Chicago, IL 60661
T: (312) 869-8054
F: (312) 869-8060

For EEOC's Online Charge Status System:
www.eeoc.gov

>>> kalicia jackson <kaliciajackson@hotmail.com> 2/8/2017 11:16 AM >>>
Hello Lisa,

Yes, I am asking for two years salary, or my job with the company back.

Thank you,
Kalicia Jackson
7087818515

---

**From:** LISA FIELDING <LISA.FIELDING@EEOC.GOV>
**Sent:** Wednesday, February 8, 2017 10:26:17 AM

I had alot of issues while was on a FMLA. Comast has a third-party company that handles short term disability, ADA and FMLA. While I was on leave I was advised my employment status went back to active on January 11, 2016, my chiropractic office didn't receive the last extention paperwork to be completed by the January 17, 2016, which put my claim in appeals. While waiting for the appeal to be approved the Tinley Park office wouldn't respond to the request for job description so the request was escalated to management for my ADA claim. The short term disability claim was still pending. My ADA claim was only requested when I called with questions about the ADA claim and the status of the short term disability claim February 2, 2016. FMLA was exhausted as of January 29, 2016, I only get 12 weeks. I was advised that as of January 29,2016 I would be at jeopardy of losing my job due FMLA exhausted. I was advised to create an account on line to report my absence for an intermittent leave. On February 15, 2016 I return to work and on the 18th of February HR asked me if I would need to continue my ADA I advised no I wouldn't, I would use short term disability or vacation time for any further treatments. My ADA claim closed on February 18, 2016 an was approved through the 15th. On Friday February 19, 2016 my ex-supervisor briefly went over my year end review and indicated I would have a good raise that would take place in March I got 3.74 out of 5.0. During that time she asked how I was feeling I advised I may have permanent arthritis in my neck now (spondylosis) I had to have injections done she asked if it was cortisone I replied I don't know. My supervisor hadn't responded back to non of my questions, text messages or seemed concern before returning from my FMLA. Two hours after that meeting I was terminated after my shift ended by my ex-supervisor (Amanda Kilwitter, hr director (Denise Lugo, and new manager Hilda. Which leaves me to believe I was terminated upon returning from my FMLA due to my disability my back, shoulder and arm injuries and due to being on a leave of absence for 14 weeks and short term disability approval was still pending.

Thank you,
Kalicia Jackson
kaliciajackson@hotmail.com
708-781-8515

2017 DEC 19 PM 6: 15

# Re: Claim

### kalicia jackson

Thu 12/22/2016 4:46 PM

Sent Items

To: Comcast Solutions <Comcast_Solutions@comcast.com>;

**2017 DEC 19 PM 6: 15**

Hello Stephanie,

I am available to speak with you on December 28, 2016 at 1:00pm est.

---

**From:** Comcast Solutions <Comcast_Solutions@comcast.com>
**Sent:** Thursday, December 22, 2016 1:01:24 PM
**To:** kalicia jackson
**Subject:** RE: Claim

Hi Kalicia,

Do you have time for a call on 12/28 at 1:00 pm EST?

Thank you,
Stephanie

---

**From:** kalicia jackson [mailto:kaliciajackson@hotmail.com]
**Sent:** Friday, December 16, 2016 8:51 PM
**To:** Comcast Solutions <Comcast_Solutions@cable.comcast.com>
**Subject:** Claim

Hello my name is Kalicia Jackson I would like file a claim.

I was officially terminated on Saturday February 20, 2016 from Comcast the Tinley Park office my position was CAE 2. I was advised I was terminated on February 19, 2016.  This occurred  5 days after returning from my FMLA due to a car accident on November 6, 2015, I wasn't on any corrective actions or improvement plans, I was advised I was terminated due to a call I made to customer service for a payment extension in September 2015 on my off day, I was told I was being rude. I was unaware that I was under investigation for this call I was not allowed to hear the call in question. I was advised it was rolled up already and the call have already been reviewed. It usually only takes 24-48hrs to review a call in turn it took 5 months total to terminate my employment from the time of the call.  My manager or supervisor never spoke to me in regards to a call.  I was rewarded a Golden Ticket on September 29, 2015 an also going through the process to be promoted to a Specialist level 3 during the month of September and October I also won club green 2.0, this deals with metrics. During this time my metrics and performance was under review because there are set qualification to be promoted to a Specialist, in which I qualified for. I was never advised about a call that was supposedly being investigated. I believe I was terminated due being discriminated against due to my disability for the following reasons.

# FW: Benefits end date

Jackson, Kalicia <Kalicia_Jackson@cable.comcast.com>

Sun 2/21/2016 1:39 PM

tickets

To: kaliciajackson@hotmail.com <kaliciajackson@hotmail.com>;

_____

From: Jackson, Kalicia
Sent: Saturday, February 20, 2016 2:46 PM
To: Minchuk, Patti; Lugo, Denise
Subject: Benefits end date

Hello Patti and Denise,

I never gained access to the points portal to use my points for purchases will I be able to gain access to them to buy gift cards? Also could you please tell me what day courtesy services will end so that I can make the changes prior to the stop date. Also my 401k and dependent flexible spending account is still restricted will these restrictions be removed?

Thank you,
Kalicia Jackson
kaliciajackson@hotmail.com

# FW: Benefits end date

Jackson, Kalicia <Kalicia_Jackson@cable.comcast.com>

2017 DEC 19 PM 6: 15

Sun 2/21/2016 1:39 PM

tickets

To: kaliciajackson@hotmail.com <kaliciajackson@hotmail.com>;

---

From: Jackson, Kalicia
Sent: Saturday, February 20, 2016 2:46 PM
To: Minchuk, Patti; Lugo, Denise
Subject: Benefits end date

Hello Patti and Denise,

I never gained access to the points portal to use my points for purchases will I be able to gain access to them to buy gift cards? Also could you please tell me what day courtesy services will end so that I can make the changes prior to the stop date. Also my 401k and dependent flexible spending account is still restricted will these restrictions be removed?


Thank you,
Kalicia Jackson
kaliciajackson@hotmail.com

FW: Items

Jackson, Kalicia <Kalicia_Jackson@cable.comcast.com>

Sat 2/20/2016 1:47 PM                    **2017 DEC 19  PM 6: 15**

tickets

To: kaliciajackson@hotmail.com <kaliciajackson@hotmail.com>;

From: Klawitter, Amanda
Sent: Monday, February 15, 2016 5:36 PM
To: Jackson, Kalicia
Subject: Items

Hi Kalicia,

I went looking for you, but I think I missed you by a few minutes.  There is a group of boxes/bags in the back of our old pod.  I believe your items are located there.  If anything is missing, let me know and I will have Terri open up the storage room.

Thank you,
Mandi Klawitter
Nirvana Supervisor

8101 w 183rd St, Tinley Park, IL
224.229.6200 / Ext 1380631
=MTWRF= / 6:45a – 3:45p

"It's a great thing to have failed in life and then pulled yourself up by the boot straps to accomplish something.  You appreciate it more." – Shirley Manson

# New Case Documents - B601210617200070TC - Confidential

NoReply@SedgwickCMS.com

Tue 2/2/2016 9:15 AM

2017 DEC 19 PM 6: 15

tickets

To: KALICIAJACKSON@HOTMAIL.COM <KALICIAJACKSON@HOTMAIL.COM>;

📎 1 attachments (289 KB)

6172_Comcast_LA_600_FMLA [only] Exhaustion Letter.pdf;

Dear Kalicia L Jackson:

To view documents related to your claim, please visit https://claimlookup.com/comcast. Once signed into viaOne Express, click on "View My Documents" menu. If you have any questions, please call me at Comcast Service Center at 1-855-473-7830, Monday through Friday 7:00 a.m. - 8:30 p.m. Central Time.

Sincerely,

Daniel J. Breitsprecker

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

# Re: Termination Tinley Park office

Simmons, Tina <Tina_Simmons@cable.comcast.com>
2017 DEC 19 PM 6: 15

Sun 2/21/2016 3:12 PM

tickets

To: Jackson, Kalicia <Kalicia_Jackson@cable.comcast.com>; Gonzalez, Joann <Joann_Gonzalez@cable.comcast.com>;

Cc: kaliciajackson@hotmail.com <kaliciajackson@hotmail.com>;

Thanks for reaching out Kalicia. I've copied the VP of HR for Care, JoAnn Gonzalez for assistance. She'll be able to get information on Monday. Please stay tuned - I appreciate your patience.
Best regards,
Tina

Tina Simmons - SVP HR Central Division
678.385.5285

> On Feb 21, 2016, at 2:56 PM, Jackson, Kalicia <Kalicia_Jackson@cable.comcast.com> wrote:
>
> Dear Tina Simmons,
>
>
>    My name is Kalicia Jackson I am reaching out to you because I was terminated on Friday February 19, 2016 from the Tinley Park office. This occurred  5 days after returning from my LOA due to a car accident on November 6, 2015. I honestly  would like to know how to regain my employment with Comcast. I love helping customers FCR was always a strong point I truly believe in great customer service. I was so excited to take calls on Friday and be back to help an educate our customers. Comcast is my second home and I really love my job/career, my metrics was meeting expectations or above. I wasn't on any corrective actions or improvement plans, but I was advised I was terminated due to a call I made to customer service for a  promise to pay in late August 2015 on my off day, I was told I was being rude. I was unaware that I was under investigation for this call. I really want to  apologize for appearing to misrepresent the Tinley Park office and being considered rude. I really love working for Comcast I'm always promoting the company over our competitors. I really would appreciate the opportunity for a second chance to prove that I am an asset to the company, even if that means being on a final warning please.
>
>    However I do want to bring to attention that prior to my LOA I went to human resources about intimidation in the workplace from three of my team members, but it seem it was disregarded and never reviewed to my understanding. I had spoken with my supervisor on two prior occasions about incidents that had happened before, but nothing was done. Which leaves me to believe I was terminated upon returning from my LOA to keep me from raising additional concerns about the allegations against my team members and supervisor. I also asked could I here the call and the request was denied. I was advised it was rolled up already and the call have already been reviewed. Even if the decision is not reversed I would like to thank everyone for the great opportunity to work for such a awesome company.
>
>
>
>

# New case request

### kalicia jackson

Mon 3/7/2016 2:49 PM

Sent Items

To:dhs@hs-attorney.com <dhs@hs-attorney.com>;

2017 DEC 19  PM 6: 15

Hello,

My name is Kalicia Jackson my contact information is 708-781-8515.

   I am contacting you to obtain legal representation due to being terminated as a result of retaliation and disability. I was terminated on Friday February 19, 2016 from Comcast the Tinley Park office my position was CAE 2 This occurred  5 days after returning from my LOA due to a car accident on November 6, 2015. I wasn't on any corrective actions or improvement plans, but after I reached out to the SVP of HR on February 24, 2016 I was advised I was terminated due to a call I made to customer service for a payment extention in September 2015 on my off day, I was told I was being rude. I was unaware that I was under investigation for this call I was not allowed to hear the call in question. I was advised it was rolled up already and the call have already been reviewed. It usually only takes 24-48hrs to review a call. The timing of termination took five months with exception of my LOA 14 weeks in turn it took (65 days total to terminate my employment from the time of the call).  My manager or supervisor never spoke to me in regards to a call.  I was rewarded a Golden Ticket on September 29, 2015 an also going through the process to be promoted to a Specialist level 3 during the month of September and October I also won club green 2.0, this deals with metrics. During this time my metrics and performance was under review because there are set qualification to be promoted to a Specialist, in which I qualified for. I was never advised about a call that was supposedly being investigated.

I went to the director of human resources about intimidation in the workplace against  three of my team members and issues with my supervisor on October 23, 2015 , I was advised by the director of HR the situation will be investigated an other team members will need to be interviewed but it was disregarded and never reviewed or investigated. I never received a follow-up or anything this is a violation falling under harrasment according to the Comcast hand book and code of conduct. During that time I moved my seat to a different team an called off on October 24, 2015 to make sure I would not get jumped on or have another confrontation. I attended a team meeting on October 30, 2015 where the environment was still very hostile, where as one of the same team members I reported kept saying how she thought this was supposed to be  a team an people be snitching, my supervisor continued to ignore the situation an what she was saying. I had spoken with my supervisor on two prior occasions about incidents that had happened before with one of the same team members, but nothing was done. I also had alot of issues while was on a LOA. Comast has a third-party company that handles short term disability, ADA and FMLA. While I was on leave I was advised my employment status went back to active on January 11, 2016, my chiropractic office didn't receive the last extention paperwork to be completed by the January 17, 2016, which put my claim in appeals. While waiting for the appeal to be approved the Tinley Park office wouldn't respond to the request for job description so the request was escalated to management. I never received an original w2 only faxed a duplicate on February 8, 2016 I also called and raised a concern about that.  The short term disability claim was still pending until March 2nd, as of that date it is now pending payment. My ADA claim was only requested when I called with questions about the ADA claim and the status of the short term disability claim February 2, 2016. FMLA was exhausted as of January 29, 2016,  I only get 12 weeks. On February 15, 2016 I return to work and on the 17th HR asked me if I would need to continue my ADA I advised no I wouldn't, I would use short term disability or vacation time for any further treatments. My ADA claim closed on February 18, 2016 an was approved through the 15th. On Thursday February 18, 2016 my ex-supervisor over heard me speaking to my co-worker about the allegations related to the intimidation complaint. I spoke with my ex-supervisor on Friday the 19th in which she briefly went over my year end review and indicated I would have a good raise that would take place in March I got 3.74 out of 5.0. During that time she asked how I was feeling I advised I may have permanent arthritis in my neck now, I had to have injections done she asked if it was cortisone I replied I don't know. My supervisor hadn't responded back to non of my questions or seemed concern before returning from my LOA.  Two hours after that meeting I was terminated after my shift ended by my ex-supervisor, hr director and new manager. Which leaves me to believe I was terminated upon returning from my LOA as a  retaliation (violation in handbook and code of conduct)to keep me from raising additional concerns about the status of the harrasment/intimidation investigation  against my team members and supervisor and being on a leave of absence for 14 weeks due to a car accident that temporarily disabled me along with my short term disability claim was still pending at the time for approval.

If you are unable to assist me, could you please advise me of why and whom may be able to specificly. I'm willing and able to pay for a consultation as long as I am advised if I have a case or not. And if I don't have case the reason why I don't have a case in detail. I'm looking for closure and compensation for being wrongfully terminated.

Thank you,
Kalicia Jackson
kaliciajackson@hotmail.com
708-781-8515

2017 DEC 19 PM 6: 15

# RE: Termination Tinley Park office

Gonzalez, Joann <Joann_Gonzalez@cable.comcast.com>

2017 DEC 19 PM 6: 15

Mon 2/22/2016 7:49 AM

tickets

To: kaliciajackson@hotmail.com <kaliciajackson@hotmail.com>;

Cc: Simmons, Tina <Tina_Simmons@cable.comcast.com>;

Hi Kalicia! What is the best number to reach you? Thank you.

Joann

-----Original Message-----
From: Simmons, Tina
Sent: Sunday, February 21, 2016 4:12 PM
To: Jackson, Kalicia <Kalicia_Jackson@cable.comcast.com>; Gonzalez, Joann <Joann_Gonzalez@cable.comcast.com>
Cc: kaliciajackson@hotmail.com
Subject: Re: Termination Tinley Park office

Thanks for reaching out Kalicia. I've copied the VP of HR for Care, JoAnn Gonzalez for assistance. She'll be able to
get information on Monday. Please stay tuned - I appreciate your patience.
Best regards,
Tina

Tina Simmons - SVP HR Central Division
678.385.5285

> On Feb 21, 2016, at 2:56 PM, Jackson, Kalicia <Kalicia_Jackson@cable.comcast.com> wrote:
>
> Dear Tina Simmons,
>
>
>     My name is Kalicia Jackson I am reaching out to you because I was terminated on Friday February 19, 2016 from
the Tinley Park office. This occurred 5 days after returning from my LOA due to a car accident on November 6, 2015. I
honestly would like to know how to regain my employment with Comcast. I love helping customers FCR was always a
strong point I truly believe in great customer service. I was so excited to take calls on Friday and be back to help an
educate our customers. Comcast is my second home and I really love my job/career, my metrics was meeting
expectations or above. I wasn't on any corrective actions or improvement plans, but I was advised I was terminated
due to a call I made to customer service for a promise to pay in late August 2015 on my off day, I was told I was
being rude. I was unaware that I was under investigation for this call. I really want to apologize for appearing to
misrepresent the Tinley Park office and being considered rude. I really love working for Comcast I'm always
promoting the company over our competitors. I really would appreciate the opportunity for a second chance to
prove that I am an asset to the company, even if that means being on a final warning please.
>
>     However I do want to bring to attention that prior to my LOA I went to human resources about intimidation in

# Updated contact information

### kalicia jackson

Wed 2/24/2016 5:20 PM

Sent Items

To: Gonzalez, Joann <Joann_Gonzalez@cable.comcast.com>;

*2017 DEC 19 PM 6: 14*

Hello Joann,

I am reaching out to you to update my contact information, my mobile phone number is 708-781-8515. Therefore I can be reached at any time.

Thank you,
Kalicia Jackson
kaliciajackson@hotmail.com

the workplace from three of my team members, but it seem it was disregarded and never reviewed to my understanding. I had spoken with my supervisor on two prior occasions about incidents that had happened before, but nothing was done. Which leaves me to believe I was terminated upon returning from my LOA to keep me from raising additional concerns about the allegations against my team members and supervisor. I also asked could I here the call and the request was denied. I was advised it was rolled up already and the call have already been reviewed. Even if the decision is not reversed I would like to thank everyone for the great opportunity to work for such a awesome company.

>

>

>

>

> Thank you,

> Kalicia Jackson

> kaliciajackson@hotmail.com

# Re: EEOC Mediation

kalicia jackson

2017 DEC 19  PM 6: 14

Fri 3/24/2017 10:40 AM

Sent Items

To: LISA FIELDING <LISA.FIELDING@EEOC.GOV>;

Hello Lisa,

I hired my attorney Mr. Goldman to handle my EEOC case he will be in contact with you next week. Once I got home and went over everything that was stated between Comcast and I. I realized they indicated they terminated me for calling the agent a dumb ass on the call even their VP of HR Joann Gonzalez stated the same thing. The call between VP and I was recorded, but now that we have listen to the call and it confirms I never said that. This confirms they never listened to a call or they just wasn't going to fire me for the call, at the time of termination in February it had to sound harsh an disrespectful in order for termination to be immediate. Either way they didn't terminate me until I became a Liability due to my injuries a disability, meaning that I wasn't worth the risk possibly spending more money on me while on medical leave than I would make the company. There is no way it took more than 2 weeks to make a determination from 10/23/15 to 11/6/15 an out of those days I worked 11 full shifts then went on leave came back an worked 5 additional full shifts. I got in touch with VP within 2 days it took her 48hrs to call me back an say she listened to the call an the termination was final on 2/24/16. As I look at the order of occurrences I reported my supervisor an 3 coworkers for intimidation in the workplace right before this call was supposedly reported by someone other than me. They didn't fire them an they wasn't going to fire me, but then I became a liability with a variable of risk due to my disability. Once your spine messed up it will never be the same again they know that because I gave my sup the details of my injury . At this point I wouldn't even accept 5,000 or 7,500 I willing to go all the way for 2 years salary 75,000 or close to it.

Thank You,
Kalicia Jackson

**From:** LISA FIELDING <LISA.FIELDING@EEOC.GOV>
**Sent:** Friday, March 3, 2017 4:00 PM
**To:** kalicia jackson
**Subject:** Re: EEOC Mediation Confirmation

Attached is a copy for your review.

Lisa Fielding, J.D.
E.E.O.C. Mediator
Chicago District Office
500 West Madison
Chicago, IL 60661
T: (312) 869-8054
F: (312) 869-8060

For EEOC's Online Charge Status System:
www.eeoc.gov

# Comcast Solutions

## Comcast Solutions <Comcast_Solutions@cable.comcast.com>

**2017 DEC 19  PM 6: 14**

Thu 2/25/2016 9:34 AM

To: kaliciajackson@hotmail.com <kaliciajackson@hotmail.com>;

📎  2 attachments (645 KB)

Step 1 Review Facilitation Initial Filing Form Jan 2016.pdf; Comcast Solutions brochure_2016.pdf;

Hi Kacilia,

Per our conversation, attached is the Step 1 Filing form and the Comcast Solutions Brochure for your review.  If you wish to file a claim, please send the completed Step 1 Filing form to Comcast_solutions@cable.comcast.com.

Thank you,
Stephanie

**Comcast Solutions Team**

This is Harrison Lee from the Comcast Solutions team. I understand that you connected with Stephanie Childers (Pichardo) from our team around the holidays and she advised you that she was transitioning to another role. In her place, I am the assigned facilitator of your claim. Can you please let me know a time next Tuesday morning or Friday morning/afternoon that you are available to connect? Thank you, and I look forward to speaking.

-Harrison

2017 DEC 19 PM 6: 14

**From:** Lee, Harrison <Harrison_Lee@comcast.com>
**Sent:** Tuesday, February 7, 2017 4:59:08 PM
**To:** kalicia jackson
**Subject:** RE: Comcast Solutions Claim

Hi Kalicia,

2017 DEC 19 PM 6:44

I touched base with the business today. They are willing to offer you $1,000 to resolve this matter. Please let me know if this is an acceptable resolution.

**From:** kalicia jackson [mailto:kaliciajackson@hotmail.com]
**Sent:** Friday, February 3, 2017 6:45 PM
**To:** Comcast Solutions <Comcast_Solutions@cable.comcast.com>
**Subject:** Re: Comcast Solutions Claim

Hello Harrison,

I apologize for the late response I didn't get the notification of a new email you. You may contact me anytime between 9am cst. and 5:30pm cst. This is my cellphone number 708-781-8515.

Thank you,
Kalicia Jackson

**From:** Comcast Solutions <Comcast_Solutions@comcast.com>
**Sent:** Tuesday, January 31, 2017 10:38:11 AM
**To:** kalicia jackson
**Subject:** RE: Comcast Solutions Claim

Kalicia,
Do you have time to connect on your claim this Friday afternoon? Please let me know.

-Harrison

**From:** kalicia jackson [mailto:kaliciajackson@hotmail.com]
**Sent:** Monday, January 9, 2017 5:45 PM
**To:** Comcast Solutions <Comcast_Solutions@cable.comcast.com>
**Subject:** Re: Comcast Solutions Claim

Hello,

 I am available to speak with you anytime Tuesday before 1pm cst or Friday anytime before 3pm cst.

Thank You,
Kalicia Jackson

**From:** Comcast Solutions <Comcast_Solutions@comcast.com>
**Sent:** Friday, January 6, 2017 10:29:53 AM
**To:** kaliciajackson@hotmail.com
**Subject:** Comcast Solutions Claim

Hi Kalicia,

2017 DEC 19 PM 6: 14

## Supervisor Monthly Employee Recognition Incentive Form

Form must be submitted to Manger EOB on the 20th of each month. Failure to do so forfeits any monies to be used for that particular fiscal month.

**Supervisor Name:** Amanda Klawitter

**Name of Incentive:** Most Improved Sales/Productivity

**What goal will the incentive drive:** TSR & CPPH

**Brief explanation of the incentive:**

Two separate incentives, each with an award of $25.00 at the end of the fiscal month:
- Most Improved TSR
- Most Improved CPPH

The rules:
- *Most Improved TSR:*
    - From October fiscal to November fiscal
    - CPPH must be at or above October fiscal
    - TSR goal must be met (0.75%)
- *Most Improved CPPH:*
    - From October fiscal to November fiscal
    - TSR must be at or above October fiscal
    - CPPH goal must be met (6.5)

Kalicia will roll out the incentive in our CarePro huddle, and will send out a weekly incentive update with the current results to drive competition and encourage excitement. High flyers will send out tips and tricks periodically to the team.

**How will you measure the success, provide details (X to Y by when):**

- % of Team meeting goal will be at or above 70% for TSR and CPPH by 11/21
- Improve 2-3 agents on the "cusp" of goal in both metrics to achieve desired results by 11/21

Employee Goals

Employee Goals may not be added or deleted in the off-line form.

Optional Mid-Year Feedback-Ind. Goals

2017 DEC 19 PM 6: 14

Mid-year Connection Feedback            Achieves Expectations

Note Mid-year Connection Feedback

Kalicia is very resourceful on her calls in making sure that she knows her tools and resources and uses them effectively to resolve her calls the first time. Kalicia also has a strong knowledge of Comcast products and effectively relates them to her customers, resulting in consistent TSR performance. She does have an opportunity, however, to ensure that these discussions take place on every appropriate call. The primary area of opportunity for Kalicia has been her VOC results. Kalicia struggles with using a polite tone with her customers and keeping her word choice positive. Kalicia has made improvement in this area in the most recent month, however.

Development Plan

These goals are for your development and will not count toward your performance appraisal.

Competencies

Our 12 leadership competencies are grouped into 4 major categories called the Core 4; Vision, Talent & Teams, Results, Character. For details on the competencies please go to TeamComcast and search for the keyword "Core 4" or "Competencies".

Strength and Opportunities

You should use this tab to select at least one of the competencies you believe is a strength and another you would like to work on this year. You and your manager should discuss these competencies and your plan to develop in these areas.

Strengths

Click Add to view and select competencies for your development goals. You may also choose a custom Strength from the list. This functionality is not available in the offline form.

Comcast Custom Strength

Click the Add button to add a custom Strength.

Opportunities

Click Add to view and select competencies for your development goals. You may also choose a custom Opportunity from the list. This functionality is not available in the offline form.

Comcast Custom Opportunity

Click Add button to add a Custom Opportunity.

Development Plan Details

Notes and Information

Employees Please Note

You have the ability to provide input regarding your overall performance and/or development for your supervisor's review on this tab. Please note, any comments entered here will be accessible by your supervisor as well as Human Resources.

Supervisors/Managers Please Note

You have the ability to enter private comments/notes regarding an employee's performance on this tab. Please note, any text entered here will not be accessible by the employee.

Employee Notes

This is where employees can keep notes.

Private Manager Notes

Note Final Rating & Feedback

Kalicia's TSR was inconsistent this year due to inconsistent execution of pitching. When Kalicia was working on improving her CPPH, she stopped pitching as consistently. I urge Kalicia in the future to maintain her development plan steps instead to improve in one metric so she is not negatively impacting the others.

Employee Self Appraisal | No value

VOC

Voice of the Customer (VOC): VOC surveys measure the overall quality of a call; customers provide us with their level of satisfaction with the interaction. D eliver reliable, first-class customer connections and always provide a high-qua lity experience for every customer on every call.

Note Objectives

* Goal Description

Voice of the Customer (VOC): VOC surveys measure the overall quality of a call; customers provide us with their level of satisfaction with the interaction. Deliver reliable, first-class customer connections and always provide a high-quality experience for every customer on every call.

Weighting / Goal Importance | 30.0

Final Rating & Feedback | Highly Effective

Note Final Rating & Feedback

Kalicia has learned how to effectively empathize with her customers during the course of this year. Leveraging that compassionate side of her call has allowed her the ability to turn around negative customer experiences and more effectively get down to the root cause of the issue or suggest a solution.

Employee Self Appraisal | No value

FCR

Final Call Resolution (FCR): The percent of customers who do not have to call b ack within 7 days. Resolving customer issues and inquiries thoroughly the firs t time is a crucial priority.

Note Objectives

* Goal Description

Final Call Resolution (FCR): The percent of customers who do not have to call back within 7 days. Resolving customer issues and inquiries thoroughly the first time is a crucial priority.

* Goal Measurement

Successful FCR Same Queue Calls + Identified Same Queue Calls Handled

Weighting / Goal Importance | 40.0

Final Rating & Feedback | Exceptional

Note Final Rating & Feedback

Kalicia is very thorough and detail-oriented on her billing calls. She is able to explain with confidence any type of billing concern or issue, and her calls are organized and effective due to her adhering to the S4 call flow closely.

Employee Self Appraisal | No value

Optional Mid-Year Feedback-Credo

Mid-year Connection Feedback

Achieves Expectations

Note Mid-year Connection Feedback

2017 DEC 19 PM 6: 14

Teamwork and Collaboration is an area of the Credo that Kalicia does extremely well. She has taken the lead on numerous team incentives and offers support to members of the team when needed. The area Kalicia can most improve is Communication and Interpersonal Effect. When Kalicia becomes frustrated it is very apparent as her tone, body language, and overall demeanor becomes very confrontational. While Kalicia has managed to keep this behavior from interfering with her recent calls, it has affected her earlier month's VOC scores and is noticeable to her peers/coworkers.

Individual Goals 75%

Diversity & Inclusion

See below for details related to Diversity & Inclusion.

Establish Your Goals

You and your supervisor should work together to establish your personal goals for 2015 on this tab. You should document your goals and the actions you intend to take to achieve them.

Rating The Elements

You will have the ability to review these goals with your manager at your mid - year connection and make edits as necessary.

Managers

You will have the ability to assign a weight to each goal. All weightings must add up to 100% on this tab. If at the end of the year, you find that a goal is no longer valid, you may choose the "No Value" rating. By selecting "No Value" the goal will not count toward the final rating.

Goals Cascaded from your Leaders

Goals cascaded by your leaders may not be edited.

TSR

Transitional Sales Rate (TSR): How often additional products are sold to curre nt customers calling non-Sales queues. Help customers find more value, choice and convenience by telling them about products and services that they don't hav e, even when they call regarding another matter.

Note Objectives

* Goal Description

Transitional Sales Rate (TSR): How often additional products are sold to current customers calling non-Sales queues. Help customers find more value, choice and convenience by telling them about products and services that they don't have, even when they call regarding another matter.

* Goal.Measurement

Completed RGU Upgrades + Non-Sales Calls Handled (Billing and RepairCallsOnly, Not Collection) ##RGU Upgrade = Addition of Basic Video, CHSI, CDV, XH with revenue change > $0

Weighting / Goal Importance

30.0

Final Rating & Feedback

Achieves Expectations

Note Final Rating & Feedback

Kalicia is very knowledgeable about all aspects of the Billing world, as well as extremely well versed in our services and their benefits. She enjoys educating customers on their service perks, and is very skilled at tying them to their lifestyles and providing personal testimonials.

Kalicia is also very effective at collaborating on a development plan for improvement and executing it. She is able to change behaviors on a call and produce results quickly. As feedback, Kalicia should stick to the behaviors and not deviate to shortcuts. While they may quickly move one number, they will typically impact her in another metric. Following the S4 call flow is the best way to maintain balanced metrics.

Kalicia overall is able to communicate clearly to her leadership and customers both verbally and through written communication.

However, Kalicia must consider her approach and tactics of communication with her customers and especially her peers. Determining when and how to comment on a situation, problem or the behavior of someone else in her work environment is an imperative step she must take in improving her overall effectiveness with Credo behaviors. Adjusting communication styles to the needs of those she interacts with daily are a basic requirement of this job; maintain patience, empathy and professionalism are key.

Kalicia has great potential to be a wonderful collaborator. Although she is sometimes skeptical, she is willing to trust her leader with suggestions on how to better handle her calls, and will proactively provide feedback on her successes and struggles to make the coaching process easier for the supervisor.

However, Kalicia's struggles with appropriate and effective communication impact her greatly in this area. It can be challenging to work with Kalicia, as she can come across as impatient, unprofessional or even combative. This has made some of her teammates reluctant to interact with her and has resulted in unprofessional conduct on the floor. Regardless of Kalicia's intentions during an interaction, she must be more cognizant of the perception she is providing other people based on outside observations of her behavior.

Kalicia is not only flexible to new initiatives or changes to workload, she embraces them. She enjoys being empowered to make decisions and avoid transfers by learning new skills to help her customers. She is highly engaged in the problem solving process on her calls and thrives on being a full-service representative to her customers for all their billing and sales needs.

Kalicia is extremely proactive in regards her challenges and opportunities from a call handling perspective. She will reach out to have specific calls reviewed for feedback, she will come to her coaching sessions with ideas of where she is struggling and why, and she is open to being delegated additional tasks and projects to provide support her leadership.

Kalicia has a clear understanding of our code of conduct, employee handbook and policies/procedures. However, I have had to have several conversations with Kalicia in regards to conduct on the floor.

As customer service agents, we must remain in control of our emotions and not release those frustrations out on the call floor. If she is having challenges, she should leverage her leadership team to provide support or guidance on how to proceed. We cannot risk negatively impacting the customer experience should they overhear Kalicia in a heightened state, nor do we want to make it difficult for her co-workers to perform their job.

Kalicia has incredible potential to achieve anything she strives to; she is extremely smart and capable. She should target professionalism as her main priority to truly convey to others her level of dedication and seriousness in regards to her career with Comcast.

During her time on the team, Kalicia has mastered her ability to execute the S1 steps of S4 to establish a solid level of customer-service driven rapport with her customers, establishing trust and confidence with the customer. I encourage her to continue to focus on tone and professional word choice on her calls to build upon her new soft skills.

Employee Self Appraisal                    No value

Frontline Behavioral Goals

If you see cascaded goals below, they have been established and cascaded for all employees within your Division/Business Unit. Please take some time to review these goals and consider how you will work toward the achievement of these goals. You do not have the ability to edit or alter these goals.

Communication & Interpersonal Effect.

Presents thoughts, ideas, and facts clearly and effectively, both verbally and in writing. Builds rapport with others by adjusting style to their needs. Works to effectively resolve interpersonal conflict.

| Final Rating & Feedback | Needs Improvement |
| --- | --- |
| Employee Self Appraisal | No value |

Teamwork & Collaboration

Establishes and maintains positive, productive and trustful relationships throughout the organization. Welcomes and listens to alternate perspectives and differing approaches. If in a supervisory role, leads direct reports and manages their performance in an effective and timely manner.

| Final Rating & Feedback | Needs Improvement |
| --- | --- |
| Employee Self Appraisal | No value |

Flexibility & Adaptability

Responds to changes in workload and/or focus of work by modifying actions to suit business needs. Identifies new opportunities, anticipates challenges, and plans accordingly.

| Final Rating & Feedback | Highly Effective |
| --- | --- |
| Employee Self Appraisal | No value |

Diversity, Respect & Ethics

Demonstrates an inclusive approach that cultivates an atmosphere of mutual respect. Acts with high ethical standards and integrity in all matters of business decision making and relationships. Complies with laws and company policies, procedures, training requirements. If in a supervisory role, encourages direct reports to act with integrity and ethically and to comply with laws and company policies, procedures, and training requirements.

| Final Rating & Feedback | Needs Improvement |
| --- | --- |
| Employee Self Appraisal | No value |

Customer Focus Internal/External

Identifies and acts on customer needs with appropriate sense of urgency. Establishes trust by delivering on promises to customers.

| Final Rating & Feedback | Achieves Expectations |
| --- | --- |

Comcast Performance 2015
Status
Manager
Employee
HR Administrator
Validity Period

Performance 2015 Home
Completed Released to Employee
Klawitter, Amanda Marie
Jackson, Kalicia Lashawn
10004281 HR Administrator
Jan 1, 2015                    To        Dec 31, 2015

*completed*
*2/19/15*

2017 DEC 19 PM 6: 14

Performance 2015 Home

Welcome to Performance Management 2015

Welcome to your 2015 Performance Appraisal Document. You and your supervisor will use this document to establish your goals and development plan for 2015 and to track your progress toward those goals. When establishing your goals for this year, you should keep Comcast's goals in mind and consider how you can contribute toward the achievement of those goals. Use the Notes and Information tab or the comment fields to provide feedback for your supervisor.

The 2015 Operating Goals

Transform the Customer Experience

Improve the onboarding experience and reduce contact rate to retain satisfied customers from day one, focus on resolving every issue the first time by improving first contact resolution, ensure that the systems and tools employees use and the products customers enjoy are consistently reliable, and make major strides in self-service and drive adoption with significant releases each quarter.

Bring Customers the Best Products

Launch a unified video app and cloud services across our footprint, introduce 1-Gig speeds in all regions and complete DOCSIS 3.1 market trials, deliver the fastest and most reliable broadband from the network to the device, grow Xfinity WiFi network to 13 million-hotspots, and relaunch Xfinity Voice and integrate it into the X1 Platform.

Drive Share Growth

Expand X1 eligibility and increase Triple Play sell-in performance, drive new subscribers through Xfinity On Campus and Multi-Dwelling Unit (MDU) programs, grow new channels including Xfinity stores and online, and capitalize on new growth opportunities such as the enterprise market for Business Services, Xfinity Home and advanced advertising.

Prepare for TWC Integration

Welcome our newest employees from TWC and Charter, and make a great first impression in new markets by introducing the Xfinity experience and launching new products.

Special Note

Employees who are represented by a labor union may, or may not, be eligible for the program described in this document. The eligibility of represented employees for this program may be governed by the applicable collective bargaining agreement(s) and/or be subject to collective bargaining. This document is not meant to be a complete description of the Comcast Talent program. For additional information please refer to the written Comcast Talent guides. Participation in any or all of the Comcast benefit programs does not constitute a contract of employment, implied or otherwise.

Living Our Credo  25%

Credo Behaviors

You are asked to consider your commitment to living and promoting the Comcast Credo. This tab will be used to document how you demonstrate the six Credo behaviors.

Credo Goals

Commitment to Quality

Demonstrates an understanding and excitement for Comcast's products and services, including key customer benefits. Demonstrates personal commitment, effort and investment in work.

| Final Rating & Feedback | Achieves Expectations |
|---|---|
| Employee Self Appraisal | No value |

CAREER ADVANCE PATH                    COMCAST

## Billing Customer Experience Specialist Candidate Name _____

| Task/Item | Key Criteria | Date Performed | Verified By: | Observation Type (live, recording, etc.) |
|-----------|-------------|----------------|--------------|------------------------------------------|
|  | • Customer informed of any billing impacts<br>• Proper operation of customer services verified as needed |  |  |  |

**Supervisor Confirmation**

Candidate Name _____ has successfully performed the listed tasks to the standards expected of a Billing

Customer Experience Specialist as determined via supervisory observation.

_____          _____
Name/Title                                      Date

2017 DEC 19 PM 6:14



CAREER ADVANCE PATH
Your Journey • Your Success

COMCAST

## Billing Customer Experience Specialist Candidate Name

| Task/Item | Key Criteria | Date Performed | Verified By: | Observation Type (live, recording, etc.) |
|---|---|---|---|---|
| | • account identified and corrected as needed<br>• Previous accounts reviewed for equipment or other carryover charges<br>• Correct resolution implemented and explained to the customer | | | |
| Negotiate and document promise to pay agreements in accordance with local guidelines. | • Agreement negotiated with customer in accordance with local guidelines<br>• Details of agreement properly documented and communicated to customer<br>• Customer informed of consequences if agreement is not kept | | | |
| Provide department information for collections disputes. | • Only provides contact information allowed by local guidelines and procedures<br>• Details of contact properly documented in account | N/A | | |
| Flip transfer flag for email, if applicable. | • Verify customer is moving to another Comcast area<br>• Correctly set the transfer flag to "yes"<br>• For temporary disconnect, set transfer flag in Grand Slam prior to creating Disconnect work order | N/A | | |
| Perform account rebuilds as needed. | • Verify valid reason requiring account rebuild (service package incorrectly built on account, XFINITY Home reactivate/restart, etc.)<br>• For Voice customers, ensure the customer number is unchanged following rebuild<br>• Correctly enter change of service order to rebuild account, including proper services, rate codes and equipment | | | |

Page 2 of 3 (January 2015 Version)

2017 DEC 19 PM 5:14



**Billing Customer Experience Specialist**
**CANDIDATE PRACTICAL CARD**

Candidate Name: _____

Candidate PERNR: _____

**Performance Observation**

Instructions – As observed during a side by side (preferred) or live monitoring or recorded session, supervisor or above records when the candidate performs the item in a satisfactory manner. Multiple call monitor sessions may be required to observe all listed items. Mark any items that do not apply to your area as "N/A". Supervisor should ensure that the candidate verifies customer identity and performs proper authentication in accordance with National Authentication policy and CPNI guidelines as required in all calls.

| Task/Item | Key Criteria | Date Performed | Verified By: | Observation Type (live, recording, etc.) |
|---|---|---|---|---|
| Properly translate & deescalate a customer's first bill | • Accurately describe install fees and other "one-time" charges<br>• Accurately explain partial month and pro-rated charges<br>• Accurately describe monthly and on-going charges and fees<br>• Ensure the customer understands the total amount that will appear in the first bill statement, and monthly bills going forward<br>• Educate customer about the bill where available, as well as other self service options, online statement, etc. | | | |
| Research bad debt and educate customer. | • All information provided to customer is accurate.<br>• Service and billing discrepancies on customer's | | | |

January 2015 Version

# CAREER ADVANCE PATH
Your Journey - Your Success

COMCAST

| 01 -Select agent: Jackson, Kalida Lashawn | | Current CareerADVANCE level: Associate | | | Hire_Date: | Supervisor | Function |
|---|---|---|---|---|---|---|---|

| Avg Performance Current Lvl | Month | 11/21/2014 | 12/21/2014 | 1/21/2015 | 2/21/2015 | 3/21/2015 | 4/21/2015 | 5/21/2015 | 6/21/2015 | 7/21/2015 | 8/21/2015 | 9/21/2015 | 10/21/2015 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Billing | | | | | | | | | | | | | | |
| Associate | | | | | | | | | | | | | | |
| FCR | | 85.9% | 88.7% | 87.1% | 86.7% | 89.5% | 86.1% | 89.5% | 89.5% | 89.5% | 89.5% | 86.0% | 86.3% | 87.8% |
| TSR | | 1.16% | 1.95% | 0.69% | 0.69% | 2.39% | 0.20% | 2.27% | 2.29% | 2.82% | 2.42% | 0.64% | 1.63% | 1.59% |
| VOC | | 71.4% | 0.0% | 33.3% | 0.0% | 100.0% | 83.5% | 87.0% | 42.9% | 71.4% | 83.3% | 64.3% | 75.0% | 59.3% |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Associate | 3.00 | 3.20 | 2.60 | 2.20 | 4.60 | 3.70 | 4.70 | 3.50 | 5.00 | 4.70 | 3.50 | 4.40 | |
| Specialist | 2.60 | 2.40 | 1.80 | 1.80 | 4.20 | 3.00 | 4.30 | 3.10 | 3.40 | 4.30 | 2.90 | 3.80 | |
| Professional | 2.00 | 2.40 | 1.80 | 1.40 | 3.80 | 2.00 | 3.70 | 2.80 | 3.10 | 3.40 | 2.90 | 3.50 | |

### Central Division Targets

| | | | VOC | FCR | TSR | LOQ | CPPH | XFR |
|---|---|---|---|---|---|---|---|---|
| Customer Experience | Associate | Targets | 63.6% | 79.5% | 0.75% | 0.0% | 0.0% | 0.0% |
| Customer Experience | Specialist | Targets | 72.4% | 81.0% | 1.00% | 0.0% | 0.0% | 0.0% |
| Customer Experience | Professional | Targets | 79.6% | 81.5% | 1.25% | 0.0% | 0.0% | 0.0% |
| Weighting | | | 30.0% | 40.0% | 30.0% | 0.0% | 0.0% | 0.0% |

This is how we decide where you placed into Career Advance Path. Remember: With your new title comes a personalized path for your career!

2017 DEC 19 PM

EEOC Form 161 (11/16)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Kalicia L. Jackson**              From:   **Chicago District Office**
      **2930 Everette Street**                    **500 West Madison St**
      **Blue Island, IL 60406**            2017 DEC **Suite 2000**: 13
                                                   **Chicago, IL 60661**

|        | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |        |
|--------|------------------------------------------------------------------------------------|--------|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|-----------------|---------------------|---------------|
| **440-2017-01245** | **Seth Sinclair,** **Investigator** | **(312) 869-8130** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| **X** | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
|  | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Julianne Bowman,**
**District Director**

9 |21|17
(Date Mailed)

Enclosures(s)

cc:   **COMCAST**
      **c/o Lauren Buechner, Esq., Counsel**
      **Comcast Cable Communications Management, LLC**
      **1701 John F. Kennedy Boulevard**
      **Philadelphia, PA 19103**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. 2017 DEC 19 PM 4:13 | ☐ FEPA ☒ EEOC | 440-2017-01245 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Kalicia L. Jackson | (708) 781-8515 | 1982 |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 2930 Everette Street, Blue Island, IL 60406 | | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| COMCAST | 500 or More | (708) 237-3299 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 8101 183rd Street, Tinley Park, IL 60487 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-20-2016   Latest: 02-20-2016

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about June 30 2014. My most recent position was Customer Account Executive, Level 2. Respondent was aware of my medical condition. I requested a reasonable accommodation. Two days after returning to work from medical leave, Respondent asked me if I wanted to continue on ADA status. I felt intimidated and replied, "No." Subsequently, I was terminated two days later.

I believe that I was discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 1/10/17 _____ _Kalicia Jackson_ Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |